UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JERMAINE BANKS and
AMADEUS MARRIA,                              No.: 1:11-cv-02467-TWT

individually and on behalf of all other
similarly situated individuals,

       Plaintiff,

v.

R. COMMUNICATIONS INC. d/b/a
R2R COMMUNICATIONS, and
CHARLES PLEASANT, individually,

       Defendants.

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)

       Plaintiffs Jermaine Banks and Amadeus Marria, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the Complaint as to Defendants R. Communications Inc. d/b/a R2R Communications, and Charles Pleasant, without prejudice.

       Plaintiffs may dismiss an action without a court order by filing a notice of dismissal before the opposing parties serves either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Such dismissal is without prejudice unless stated otherwise in the notice.  Fed. R. Civ. P. 41(a)(1)(B).

Defendants have filed neither an answer to the Complaint nor a motion for summary judgment as to these claims.  Dismissal without prejudice under Rule 41(a)(1)(i) is therefore appropriate.

Dated: August 29, 2011            **AUSTIN & SPARKS, P.C.**

*s/John T. Sparks*
John T. Sparks, GA Bar No. 669575
2974 Lookout Place N.E., Suite 200
Atlanta, GA 30305
Telephone: (404) 869-0100
Fax: (404) 869-0200
jsparks@austinsparks.com


**NICHOLS KASTER, PLLP**

*s/Michele R. Fisher*
Michele R. Fisher, GA Bar # 076195
Charles G. Frohman, MN Bar #0386695*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
fisher@nka.com
frohman@nka.com
*admitted pro hac vice*

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2011, I electronically filed the foregoing **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

                                                s/Michele R. Fisher
                                                Michele R. Fisher, GA Bar No. 076198
                                                **NICHOLS KASTER, PLLP**
                                                4600 IDS Center, 80 South 8th Street
                                                Minneapolis, MN 55402